UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 10-30311 |
|---|---|
| Pamela A Ondiegi | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105846**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 1 | US BANK NATIONAL ASSOCIATION<br>WELLS FARGO HOME MORTGAGE<br>1 HOME CAMPUS/ATTN BANKRUPTCY PMT PROC<br>MAC# X2501-01D<br>DES MOINES, IA  50328 | 14.77 |
| 1/ 36 | US BANK NATIONAL ASSOCIATION<br>WELLS FARGO HOME MORTGAGE<br>1 HOME CAMPUS/ATTN BANKRUPTCY PMT PROC<br>MAC# X2501-01D<br>DES MOINES, IA  50328 | 56.86 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/2/2011

Certificate of Service 10-30311

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

Pamela A Ondiegi
905 Mac Millan Drive
Dayton, OH  45426

MARK GODBEY
708 WALNUT STREET
SUITE 600
CINCINNATI, OH  45202

(37.1n)
AMERICAS SERVICING CO
3476 STATEVIEW BLVD
FORT MILL, SC  29715

(35.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE   SUITE 1120
MIAMI, FL  33131

(29.1n)
RONALD C TAYLOR
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

(32.1n)
US ATTORNEY GENERAL
MAIN JUSTICE BLDG RM 5111
10TH ST & CONSTITUTION AVE NW
WASHINGTON, DC  20530

(33.1n)
US ATTORNEY GENERAL
602 FEDERAL BLDG
200 WEST SECOND ST
DAYTON, OH  45402

(1.1)
US BANK NATIONAL ASSOCIATION
WELLS FARGO HOME MORTGAGE
1 HOME CAMPUS/ATTN BANKRUPTCY PMT PROC
MAC# X2501-01D
DES MOINES, IA  50328

(1.3)
US BANK NATIONAL ASSOCIATION
WELLS FARGO HOME MORTGAGE
BOX 10335
DES MOINES, IA  50306

(36.1)
US BANK NATIONAL ASSOCIATION
WELLS FARGO HOME MORTGAGE
1 HOME CAMPUS/ATTN BANKRUPTCY PMT PROC
MAC# X2501-01D
DES MOINES, IA  50328

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner                       sv